UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| Brenda Vernice Sanders, ) | CASE NO. **24-50175** |
| ) | |
| Debtor. ) | |

**MOTION TO REOPEN CASE**

COMES NOW, Brenda Vernice Sanders, Debtor, by and through her attorney, and moves this Honorable Court to reopen the case, and in support thereof states as follows:

1. Debtor filed a petition for relief pursuant to Chapter 7 Title 11 U.S.C on January 2, 2024.

2. On April 14, 2024, this Honorable court entered an order discharging and closing the case.

3. That prior to the closing of the case the Debtor disclosed a personal injury claim, but amendments were not filed to list the claim in the Schedules.

4. That debtor requests the case be reopened for purposes of filing the amendments.

WHEREFORE, Debtor prays this Honorable Court reopens Case.

Dated: October 28, 2025                    Respectfully Submitted,

                                                                                                /s/
                                                             Craig Black
                                                             GA Bar No.: 137410
                                                            The Craig Black Law Firm, LLC
                                                            5555 Glenridge Connector Suite 200
                                                            Atlanta, Georgia 30342
                                                           (678) 888-1778
                                                           **Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| Brenda Vernice Sanders**,** | ) | CASE NO. **24-50175** |
| | ) | |
| Debtor. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to reopen upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**See attached matrix**

Dated: October 28, 2025

      /s/
Craig Black
GA Bar No.: 137410
The Craig Black Law Firm, LLC
5555 Glenridge Connector Suite 200
Atlanta, Georgia 30342
(678) 888-1778
**Attorney for the Debtor**
cb@craigblacklaw.com

```
Label Matrix for local noticing      Craig Zander Black                    Bridgecrest
113E-1                                The Craig Black Law Firm, LLC        1030 North Colorad
Case 24-50175-jwc                     Suite 200                            Gilbert, AZ 85233-2288
Northern District of Georgia          5555 Glenridge Connector NE
Atlanta                               Atlanta, GA 30342-4815
Thu Oct 23 07:56:23 EDT 2025

Bridgecrest Credit Company, LLC       (p)CAPITAL ONE                       Capital One
AIS Portfolio Services, LLC           PO BOX 30285                         Po Box 85064
4515 N Santa Fe Ave. Dept. APS        SALT LAKE CITY UT 84130-0285         Glen Allen, VA 23058
Oklahoma City, OK 73118-7901


Cb/Ny&Co                              Cba Of Ga Inc                        Ccb/Zales
Po Box 182122                         64 Sailors Dr Ste 102                Po Box 182120
Columbus, OH 43218-2122               Ellijay, GA 30540-3744               Columbus, OH 43218-2120


Citi                                  (p)COLUMBIA DEBT RECOVERY            Comenitybank/Ny&Co
P.O. Box 6500                         906 SE EVERETT MALL WAY STE 301      220 W Schrock Rd
Sioux Falls, SD 57117-6500            EVERETT WA 98208-3744                Westerville, OH 43081-2873


Credit Management Lp                  Credit One Bank Na                   Dept Of Ed/Aidvantage
4200 International Pkwy               Po Box 98875                         1891 Metro Center Dr
Carrollton, TX 75007-1912             Las Vegas, NV 89193-8875             Reston, VA 20190-5287


(p)DISCOVER FINANCIAL SERVICES LLC    Dpt Ed/Aidv                          (p)GEORGIA DEPARTMENT OF REVENUE
PO BOX 3025                           Po Box 9635                          BANKRUPTCY
NEW ALBANY OH 43054-3025              Wilkes Barre, PA 18773-9635          2595 CENTURY PKWY NE SUITE 339
                                                                           ATLANTA GA 30345-3173


Georgias Own Cu                       Gitmeid Law Firm                     S. Gregory Hays
Po Box 105205                         11 Broadway #1677                    Hays Financial Consulting, LLC
Atlanta, GA 30348-5205                New York, NJ 10004-1303              Suite 555
                                                                           2964 Peachtree Road
                                                                           Atlanta, GA 30305-4909

IRS                                   Internal Revenue Service             Kia Fin Am
Centralized Insolvency Operation 19101-7  401 W Peachtree Street NW        10550 Talbert Ave
Post Office Box 7346                  Stop 334-D                           Fountain Valle, CA 92708-6031
Philadelphia, PA 19101-7346           Atlanta, GA 30308


Lendclub Bnk                          Lendclubbk                           Lending Club Corp
595 Market St                         595 Market Street Ste 200            595 Market St Ste 200
San Francisco, CA 94105-2802          San Francisco, CA 94105-2802         San Francisco, CA 94105-5839


Macyscbna                             Medical Payment Data                 (p)NATIONAL CREDIT SYSTEMS
911 Duke Blvd                         128 W Center Ave Fl 2                ATTN BANKRUPTCY
Mason, OH 45040                       Sebring, FL 33870-3103               PO BOX 672288
                                                                           MARIETTA GA 30006-0039
```

| | | |
|---|---|---|
| Navient<br>Po Box 9655<br>Wilkes Barre, PA 18773-9655 | Net Credit<br>200 W Jackson Blvd Ste 2400<br>Chicago, IL 60606-6941 | Netcredit<br>200 W Jackson<br>Chicago, IL 60606-6910 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Rentrecoverysolutions<br>1945 The Exchange Se Ste<br>Atlanta, GA 30339-2057 | Brenda Vernice Sanders<br>2097 Young America Dr<br>Lawrenceville, GA 30043-8039 |
| Syncb/Amsg<br>C/O P.O. Box 965036<br>Orlando, FL 32896-0001 | Syncb/Carecr<br>Po Box 981439<br>El Paso, TX 79998-1439 | Trois-Rivieres Solutions Pro Trust Group<br>PO BOX 1427<br>Addison, IL 60101-8427 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | | |

```
                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

| | | |
|---|---|---|
| Cap One<br>Po Box 85015<br>Richmond, VA 23285 | Columbia Debt Recovery<br>906 Se Everett Mall Way<br>Everett, WA 98208 | Discover Bank<br>Po Box 15316<br>Wilmington, DE 19850 |
| GADOR<br>Georgia Department of Revenue Compliance<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345-3202 | (d)Genesis Credit Managment<br>906 SE Everett Mall Way #301<br>Everett, WA 98203 | (d)Georgia Department of Revenue-Bankruptcy<br>1800 Century Blvd<br>Suite 1900<br>Atlanta, GA 30345 |
| Natlcrsys<br>P.O. Box 312125<br>Atlanta, GA 31131 | End of Label Matrix<br>Mailable recipients    39<br>Bypassed recipients     0<br>Total                  39 | |